# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00605-CR

### Quintel Lamar Phynon, Appellant

### v.

### The State of Texas, Appellee

---

**FROM THE 26TH DISTRICT COURT OF WILLIAMSON COUNTY
NO. 19-1348-K26, THE HONORABLE DONNA GAYLE KING, JUDGE PRESIDING**

---

## M E M O R A N D U M   O P I N I O N

Appellant Quintel Lamar Phynon, through counsel, has filed a motion to dismiss his appeal from his adjudication of guilt for possession of a controlled substance in an amount of four grams or more but less than 200 grams. *See* Tex. Health & Safety Code § 481.115(d). We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.2 (providing that appellate court may dismiss criminal appeal on appellant's motion provided that appellant and his attorney sign written motion), 43.2(f).

_____

Rosa Lopez Theofanis, Justice

Before Chief Justice Byrne, Justices Kelly and Theofanis

Dismissed on Appellant's Motion

Filed: October 19, 2023

Do Not Publish